

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00233-CV

IN INTEREST OF S.G., A CHILD

------------

FROM THE 323RD DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 323-98141J-13

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered "Appellant's Motion To Dismiss." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

PER CURIAM

PANEL: GABRIEL, GARDNER, and WALKER, JJ.

DELIVERED: August 14, 2014

---

[1]*See* Tex. R. App. P. 47.4.